UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL KENNEDY,<br><br>                      Plaintiff,<br><br>   v.<br><br>HOME DEPOT, USA, INC., a corporation doing business in the State of Washington,<br><br>                      Defendant. | NO: 4:16-CV-5051-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal (ECF No. 16). The parties have stipulated to dismiss the above-referenced matter with prejudice and without costs to either party.

//

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulated motion, this matter is **DISMISSED** with prejudice and without costs to either party.

ORDER OF DISMISSAL ~ 1

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 5, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2